Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
**LAW OFFICE OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Fax: (818) 347-4118
dalekgalipo@yahoo.com
msincich@galipolaw.com

Attorneys for Plaintiff,
ARMANDO GONZALEZ

Pamela Rodriguez, Esq.
**THE DOMINGUEZ FIRM**
3250 Wilshire Blvd., Suite 2200
San Bernardino, CA 90010
Telephone: (213) 235-2460
Fax: (213) 388-9540
pamela.rodriguez@dominguezfirm.com

Attorneys for Plaintiff,
ARMANDO GONZALEZ

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, JIMMY CLAUDE,
and MARCIAL GOMEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ,<br><br>                   Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN ; CITY OF LATHROP ; JIMMY CLAUDE ; MARCIAL GOMEZ ; JAMES HOOD; and DOES 1-10, inclusive.<br><br>                   Defendants. | Case No. 2:22-cv-00681-JAM-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE FILING OF THE COUNTY OF SAN JOAQUIN'S RESPONSIVE PLEADING** |

---

Page 1
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE FILING OF THE COUNTY OF SAN JOAQUIN'S RESPONSIVE PLEADING

THE PARTIES HEREIN STIPULATE AND AGREE AS FOLLOWS:

Pursuant to Local Rule 144(a), the parties, through their respective counsel of record, stipulate to an extension of time for the COUNTY OF SAN JOAQUIN to file its responsive pleading.

This extension of time is due to defense counsel's unavailability at the time the responsive pleading is due. Defense counsel will be out of state attending his daughter's military commissioning and college graduation. Upon defense counsel's return to California, he will need time to meet with his client and thereafter prepare an appropriate responsive pleading.

It is agreed that the COUNTY OF SAN JOAQUIN shall respond to the complaint on or before June 8, 2022.

IT IS SO STIPULATED.

DATED: May 6, 2022                        **LAW OFFICES OF DALE K. GALIPO**

                                          By */s/ Marcel F. Sincich (as authorized 5/06/22)*
                                              DALE K. GALIPO
                                              MARCEL F. SINCICH
                                              Attorneys for Plaintiff,
                                              ARMANDO GONZALEZ

DATED: May 11, 2022                       **THE DOMINGUEZ FIRM**

                                          By */s/ Pamela Rodriguez (as authorized 5/11/22)*
                                              PAMELA RODRIGUEZ
                                              Attorneys for Plaintiff,
                                              ARMANDO GONZALEZ

DATED:  May 11, 2022                      **MAYALL HURLEY, P.C.**

                                          By    */s/ Mark E. Berry*
                                              MARK E. BERRY
                                              SHANE M. HOOVER
                                              Attorneys for Defendants,
                                              COUNTY OF SAN JOAQUIN, JIMMY
                                              CLAUDE, and MARCIAL GOMEZ

**ORDER**

Good cause having been shown, the foregoing stipulation for an extension of time for responsive pleading to be filed by the COUNTY OF SAN JOAQUIN is hereby granted.

IT IS SO ORDERED.

DATED: May 11, 2022   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE