Bradley J. Swingle, SBN 171535
Amanda J. Heitlinger, SBN 271469
File No. 10428
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Attorneys for Defendants
CITY OF LATHROP and JAMES HOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; CITY OF LATHROP; JIMMY CLAUDE; MARCIAL GOMEZ; JAMES HOOD; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>_____/ | Civil No.: 2:22-cv-00681-JAM-AC<br><br>**STIPULATION AND ORDER DISMISSING THE CITY OF LATHROP AND JAMES HOOD WITHOUT PREJUDICE AND TOLLING AGREEMENT** |

　　　　1.　　Plaintiff, Armando Gonzalez, has filed a Complaint for Damages (hereafter "Complaint") against the County of San Joaquin, City of Lathrop, Jimmy Claude, Marcial Gomez, and James Hood, arising from an incident that occurred on or about September 7, 2021, in Lathrop, California. At all relevant times herein, James Hood (hereafter "Hood") was in the course and scope of his employment with the City of Lathrop (hereafter "Lathrop.") Please refer to Plaintiff's Complaint for additional information regarding the allegations against the named defendants. (Dkt 1.)

　　　　2.　　Plaintiff's counsel and counsel for Lathrop and Hood have met and conferred prior to the date Lathrop and Hood's response to the Complaint is due to discuss the allegations set forth

STIPULATION AND ORDER DISMISSING THE CITY OF LATHROP AND JAMES HOOD AND TOLLING AGREEMENT - 1

therein and the facts as known by counsel at the present time. After conversations between counsel, Plaintiff's counsel and counsel for Lathrop and Hood agree that it is in the interests of justice that Lathrop and Hood be dismissed from this action, without prejudice, subject to the terms and conditions set forth herein.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED UPON BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT:**

a. Upon the execution and filing of this stipulation by counsel for the parties and, upon receipt of the Judge's signature thereon, Plaintiff will file a dismissal of Lathrop and Hood, <u>without prejudice</u>, in exchange for Lathrop and Hood's agreement to waive its costs and attorney's fees occurred in this matter and subject to the terms agreed to by the parties as set forth below.

b. Lathrop and Hood agree that, should Plaintiff later decide it is necessary to re-name the Lathrop and/or Hood in this action based upon additional information learned through investigation or discovery, Plaintiff may bring Lathrop and/or Hood back into this lawsuit within one (1) year from the date this order is signed by the Judge through the use of a Doe amendment and, in such event, Lathrop and Hood agree not to assert any statute of limitations or time-based defense against Plaintiff.

c. The parties to this stipulation agree that Plaintiff's decision to dismiss Lathrop and Hood, <u>without prejudice</u>, is not an abandonment of the claims Plaintiff has asserted against Lathrop or Hood nor is it a release of Lathrop or Hood but is done based upon the representations of counsel and correspondence from Lathrop and Hood that they are not proper parties to this action and is done in the interests of streamlining this litigation.

d. If Lathrop and/or Hood is/are not brought back into this lawsuit within one (1) year from the date this order is signed, the parties to this stipulation agree that Lathrop and Hood will be entitled to file with this Court a dismissal of the action against them, <u>with prejudice</u>. In that instance, Lathrop and Hood will agree to waive any costs or attorney's fees they may have incurred in this matter.

STIPULATION AND ORDER DISMISSING THE CITY OF LATHROP AND JAMES HOOD AND TOLLING AGREEMENT - 2

e. As further consideration for this agreement, counsel for Lathrop and Hood will produce Hood, and any other Lathrop employee which Plaintiff wishes to depose, voluntarily without the need for a subpoena.

Dated: May 19, 2022                           LAW OFFICES OF DALE K. GALIPO

By_____*Marcel F. Sincich* (as authorized 5/19/22)__
DANIEL K. GALIPO
MARCEL F. SINCICH
Attorneys for Plaintiff
ARMANDO GONZALEZ

Dated: May 19, 2022                           THE DOMINGUEZ FIRM

By _____*Pamela Rodriguez* (as authorized 5/19/22)__
PAMELA RODRIGUEZ
Attorneys for Plaintiff
ARMANDO GONZALEZ

Dated: May 19, 2022                           ARATA, SWINGLE, VAN EGMOND & HEITLINGER
A Professional Law Corporation

By _____*Bradley J. Swingle*_____
BRADLEY J. SWINGLE
Attorneys for Defendants
CITY OF LATHROP and JAMES HOOD

## ORDER

**FOR GOOD CAUSE SHOWN, THIS COURT ORDERS THAT:**

1. Based upon the terms of the executed stipulation, Plaintiff shall dismiss Lathrop and Hood from this lawsuit, <u>without prejudice</u>, in exchange for Lathrop and Hood's agreement to waive its costs and attorney's fees incurred herein.

2. Should Plaintiff later decide it is necessary to re-name Lathrop and/or Hood in this action based upon additional information learned through investigation or discovery, Plaintiff may bring Lathrop and/or Hood back into this lawsuit within one (1) year from the date this order is signed

STIPULATION AND ORDER DISMISSING THE CITY OF LATHROP AND JAMES HOOD AND TOLLING AGREEMENT - 3

through the use of a Doe amendment. In such event, Lathrop and Hood will be precluded from asserting any statute of limitations or time-based defense against Plaintiff.

3. Should Plaintiff decide to depose Hood or any employee of Lathrop as part of this lawsuit, counsel for Lathrop and Hood will produce such deponent voluntarily without the need for a subpoena.

4. If Lathrop and/or Hood is/are not brought back into this lawsuit within one (1) year from the date this order is signed, Lathrop and Hood will be entitled to file with this Court a dismissal of the action against them, with prejudice. In that instance, Lathrop and Hood will agree to waive any costs or attorney's fees they may have against Plaintiff in this matter.

**IT IS SO ORDERED.**

Dated: May 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER DISMISSING THE CITY OF LATHROP AND JAMES HOOD AND TOLLING AGREEMENT - 4