Bradley J. Swingle, SBN 171535
Amanda J. Heitlinger, SBN 271469
File No. 10428
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Attorneys for Defendants
CITY OF LATHROP and JAMES HOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; CITY OF LATHROP; JIMMY CLAUDE; MARCIA GOMEZ; JAMES HOOD; and DOES 1-10, inclusive,<br><br>             Defendants.<br>_____/ | Civil No.: 2:22-cv-00681-JAM-AC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THE CITY OF LATHROP AND JAMES HOOD TO FILE A RESPONSIVE PLEADING** |

**THE PARTIES HEREIN STIPULATE AND AGREE AS FOLLOWS:**

Pursuant to Local Rule 144(a) of the Eastern District of California, the parties, through their respective counsel of record, stipulate to an extension of time for the City of Lathrop and James Hood to file their responsive pleading, which is currently due on May 20, 2022.

The need for the extension is due to discussions between Plaintiff's counsel and counsel for the City of Lathrop and James Hood about dismissing them from this action, including the terms of any dismissal.

Due to these ongoing discussions, the parties stipulate and agree that the City of Lathrop and James Hood will respond to the complaint on or before May 27, 2022.

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE CITY OF LATHROP AND JAMES HOOD TO FILE A RESPONSIVE PLEADING- 1

**IT IS SO STIPULATED.**

Dated: May 19, 2022                          LAW OFFICES OF DALE K. GALIPO

                                             By  *Marcel F. Sincich* _(as authorized 5/19/22)_
                                             DANIEL K. GALIPO
                                             MARCEL F. SINCICH
                                             Attorneys for Plaintiff
                                             ARMANDO GONZALEZ

Dated: May 19, 2022                          THE DOMINGUEZ FIRM

                                             By  *Pamela Rodriguez* _(as authorized 5/19/22)_
                                             PAMELA RODRIGUEZ
                                             Attorneys for Plaintiff
                                             ARMANDO GONZALEZ

Dated: May 19, 2022                          ARATA, SWINGLE, VAN EGMOND & HEITLINGER
                                             A Professional Law Corporation


                                             By  *Bradley J. Swingle*
                                             BRADLEY J. SWINGLE
                                             Attorneys for Defendants
                                             CITY OF LATHROP and JAMES HOOD


## ORDER

Good cause having been shown, the foregoing stipulation for an extension of time for the CITY OF LATHROP and JAMES HOOD to respond to the Complaint is hereby granted.

IT IS SO ORDERED.


Dated:  May 20, 2022                         /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE