Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
**LAW OFFICE OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Telephone: (818) 347-3333
Fax: (818) 347-4118
dalekgalipo@yahoo.com
msincich@galipolaw.com

Attorneys for Plaintiff,
ARMANDO GONZALEZ

Pamela Rodriguez, Esq.
**THE DOMINGUEZ FIRM**
3250 Wilshire Blvd., Suite 2200
Los Angeles, CA  90010
Telephone: (213) 235-2460
Fax: (213) 388-9540
pamela.rodriguez@dominguezfirm.com

Attorneys for Plaintiff,
ARMANDO GONZALEZ

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, JIMMY CLAUDE,
and MARCIAL GOMEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN JOAQUIN ; CITY OF LATHROP ; JIMMY CLAUDE ; MARCIAL GOMEZ ; JAMES HOOD; and DOES 1-10, inclusive. <br><br> Defendants. | Case No. 2:22-cv-00681-JAM-AC <br><br> **STIPULATION TO EXTEND DATES IN PRETRIAL SCHEDULING ORDER; ORDER** |

Plaintiff, by and through his counsel of record, and Defendants, by and through their counsel of record, having met and conferred, hereby respectfully make the following stipulated request to the court:

WHEREAS the plaintiff recently discontinued his homeless living status and simultaneously moved his county of residence from San Joaquin to Los Angeles;

WHEREAS after a lengthy good faith meet and confer process the parties have agreed to submit this case to early private mediation with Richard Copeland of Glendale, CA;

WHEREAS, given the competing schedules of the mediator, attorneys, and the defendants' principal, the mediation is scheduled for May 15, 2023;

WHEREAS the parties are in part submitting this case to early mediation in an effort to avoid significant expert expenses;

| ACTIVITY | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Expert Discovery Opening Reports | 4/14/2023 | 6/14/2023 |
| Supplemental Disclosure Deadline | 5/26/2023 | 6/23/2023 |
| Discovery Cut-Off | 6/30/2023 | 8/4/2023 |
| Last Day to File Dispositive Motions | 8/11/2023 | 9/1/2023 |
| Dispositive Motion Hearing | | 11/14/24 |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery | |
| Final Pre-trial Conference | 12/1/2023 | 1/12/2024 |
| Trial | | 3/11/2024 |

IT IS SO STIPULATED.

//
//
//

---

Page 2
STIPULATION TO EXTEND DATES IN PRETRIAL SCHEDULING ORDER; ORDER

DATED: March 13, 2023         **LAW OFFICES OF DALE K. GALIPO**

By */s/ Marcel F. Sincich (as authorized 3/13/23)*
    DALE K. GALIPO
    MARCEL F. SINCICH
    Attorneys for Plaintiff,
    ARMANDO GONZALEZ

DATED: March 13, 2023         **THE DOMINGUEZ FIRM**

By */s/ Pamela Rodriguez (as authorized 3/13/23)*
    PAMELA RODRIGUEZ
    Attorneys for Plaintiff,
    ARMANDO GONZALEZ

DATED:  March 13, 2023        **MAYALL HURLEY, P.C.**

By    */s/ Mark E. Berry*
    MARK E. BERRY

    Attorneys for Defendants,
    COUNTY OF SAN JOAQUIN, JIMMY
    CLAUDE, and MARCIAL GOMEZ

## **ORDER**

Good cause having been shown, the foregoing stipulation for an extension of certain deadlines in the Pretrial Scheduling Order is HEREBY **GRANTED**, and the dates are reset as follows:

| ACTIVITY | CURRENT DATE | DATE |
|---|---|---|
| Expert Discovery Opening Reports | 4/14/2023 | **06/14/2023** |
| Supplemental Disclosure Deadline | 5/26/2023 | **06/23/2023** |
| Discovery Cut-Off | 6/30/2023 | **08/04/2023** |
| Last Day to File Dispositive Motions | 8/11/2023 | **09/01/2023** |
| Dispositive Motion Hearing | | **11/14/2023, at 1:30 PM** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery | |
| Final Pre-trial Conference | 12/1/2023 | **01/12/2024, at 11:00 AM** |
| Trial | | **03/11/2024, at 9:00 AM** |

**IT IS SO ORDERED.**

Dated: March 13, 2023            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE