# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GONZALEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN ; CITY OF LATHROP ; JIMMY CLAUDE ; MARCIAL GOMEZ ; JAMES HOOD; and DOES 1-10, inclusive.<br><br>                    Defendants. | Case No.: 2:22-cv-00681-JAM-AC<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ALL PARTIES** |

Pursuant to the stipulation of the parties, the entire action is **DISMISSED** with prejudice with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: November 02, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE